In re SIMON II LITIGATION.

Nos. 00–CV–5332, 98–CV–0675, 98–CV–1492, 98–CV–3287, 99–CV–1988, 99–CV–6142, 00–CV–2340, 00–CV–4442, §§–CV–4632, 00–CV–0599.

United States District Court,
E.D. New York.

June 26, 2002.

Weitz & Luxenberg, New York City, NY by Perry Weitz, Robert J. Gordon, Jerry Kristal, Richard L. Akel, Lieff, Cabraser, Heimann, & Bernstein, New York City, NY by Steven E. Fineman, Thomas M. Sobol, Lieff, Cabraser, Heimann, & Bernstein, San Francisco, CA by Elizabeth J. Cabraser, Richard M. Heimann, Robert J. Nelson, Sporwood Wilner Maciejewski & Matthews, P.A., Jacksonville, FL by Norwood Wilner, Wait, Chesley, Waite, Schneider, Bayless & Chesley, Cincinnati, OH by Stanley Chesley, Brown Rudnick Freed & Gesmer, Boston,

MA by Gregory T. Carnold, Wayne F. Dennison, Sheller Ludwig & Badley, Philadelphia, PA by Charles Mangan, for plaintiff in Simon I & Simon II.

Law Offices of Peter G. Angelos, P.C., Baltimore, MD by Joshua Kassner, John Angelos, O'Donoghue & O'Donoghue, Washington, D.C., for plaintiff National Asbestos.

Milberg Weiss Bershad Hynes & Lerach, New York City, NY by Melvyn I. Weiss, Beth A. Kaswan, Michael C. Spencer, for plaintiff Bergeron.

Dewey Ballantine, LLP, New York City, NY by Paul J. Bschorr, Vincent R. Fitz-Patrick, Jr., Michael Hefter, Heather K. McDevitt, Dewey Ballantine, LLP, Washington, DC by Martha J. Talley, for plaintiffs Blue Cross, et al.

The Cuneo Law Group, Washington, D.C. by Jonathon W. Cuneo, Hutton & Hutton, Wichita, KS by Mark B. Hutton, Derek S. Casey, Chan P. Townsley, Richardson & Ward, Tulsa, OK by Gary Richardson, for plaintiff Mason, et al.

Orrick, Herrington & Sutcliffe, LLP, New York City, NY by Peter A. Bicks, James L. Stengel, Thompson, McNaboe, Ashley & Bull, LLC, P.A., Portland, MA by Thomas R. McNaboe, Kazan, McClain, Edises, Simon & Abrams, Steven Kazan, Oakland, CA, for plaintiff Raymark.

Sedgwick, Detert, Moran & Arnold, New York City, NY by Kevin J. Dunne, Eric M. Kraus, Kirkland & Ellis, New York City, NY by Marjorie P. Lindblom, David Bernick, Andrew R. McGaan, Deirdre A. Fox, Goodwin, Proctor & Hoar, LLP, Boston, MA by U. Gwyn Williams, for defendant Brown & Williamson.

Jones, Day, Reavis & Pogue, New York City, NY by Harold Keith Gordon, Byron G. Stier, George Kostolampros, Jones, Day, Reavis & Pogue, Cleveland, OH by Theodore M. Grossman, Hugh R. Witing, Mark A. Belasic, Jones,. Day, Reavis & Pogue, Washington, D.C. by Robert H. Klonoff, Jones, Day, Reavis & Pogue, Dallas, TX by Jerome R. Doak, Margaret I. Lyle, Womble Carlyle Sandridge & Rice, Winston–Salem, NC by Ursula M. Henninger, for defendant R.J. Reynolds.

Greenberg Traurig, LLP, New York City, by Alan Mansfield, Robert J. Kirshenberg, Stephen L. Saxl, Shook, Hardy & Bacon, LLP, Kansas City, MO., by William L. Allinder, Lori Connors McGroder, for defendant Lorillard Tobacco.

Simpson Thacher & Bartlett, New York City, NY by Michael V. Corrigan, Joseph M. McLauglin, Ronald M. Neuman, Adam I. Stein, for defendant BAT Industries, p.l.c.

Chadbourne & Parke, LLP, New York City, NY by Donald J. Strauber, David A. Wallace, Daniel Endick, for defendant BAT-CO.

Arnold & Porter, Washington, DC by Peter Bleakley, Murray R. Garnick, David S. Eggert, Eric Suter, Dechert Price & Rhoads, New York City, NY by Peter L. Critchell, Collier, Shannon, Rill & Scott, Washington, DC by John B. Williams, Thomas W. Mitchell, Goodwin, Proctor & Hoar, Boston, MA by Kenneth J. Parsigian, Paul E. Namser, for defendant Philip Morris.

Debevoise & Plimpton, New York City, NY by Anne E. Cohen, Harry Zirlin, Steven S. Michaels, for defendant Council for Tobacco Research USA, Inc.

Davis & Gilbert, LLP, New York City, NY by Bruce J. Ginsberg, for defendant Hill & Knowlton.

Seward & Kissel, LLP, New York City, NY by Jacob Horowitz, for defendant Tobacco Institute.

Jacob Medinger & Finnegan, New York City, NY by Bryan A. McKenna, for defendant Smokeless Tobacco.

Skadden Arps Slate Meagher & Flom, New York City, NY by Arthur H. Aizley, Eric S. Sarner, for defendant U.S. Tobacco.

Kasowtiz Benson Torres & Friedman, New York City, NY by Leonard A. Feiwus, for defendant Liggett.

## MEMORANDUM AND ORDER (MASON)

WEINSTEIN, Senior District Judge.

This court, in its order of June 17, 2002, asked whether defendants would be making or renewing a dispositive motion in the *Ma-*

*son* case. No such motion has been made. The next hearing date is July 2, 2002.

The court may have the power *sua sponte* to consider such a motion, even though the motion has not been made by any of the parties. *Cf. Celotex Corp. v. Catrett,* 477 U.S. 317, 326, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) (district court's power to consider motions *sua sponte* ); *First Financial Insurance Co. v. Allstate Interior Demolition Corp.,* 193 F.3d 109, 114–15, 119 (2d Cir.1999) (same). The factual and legal issues involved may have been fully presented in the parties' papers on class certification and transfer.

█ The court advises the parties that it will raise the issue of a decision for summary judgment and dismissal on the pleadings at the July 2 hearing. It will consider *sua sponte* dispositive motions on the merits, despite defendants' apparent tactical decision not to file such motions. Ruling on such a matter may assist in more prompt appellate review, coordinated with appeals in related cases.

█ The parties will be given adequate time and opportunity to present evidence and argument, should that be necessary after July 2. *Celotex,* 477 U.S. at 325, 106 S.Ct. 2548 ("District courts are widely acknowledged to possess the power to enter summary judgments *sua sponte,* so long as the losing party was on notice that she had to come forward with all her evidence."); *Bridgeway Corp. v. Citibank,* 201 F.3d 134, 139 (2d Cir.2000) (notice and opportunity to present evidence required where district court makes *sua sponte* decision); *First Financial Insurance,* 193 F.3d at 114–15 (same).